In the Matter of WALTER E. CARVER, Respondent, v STATE OF NEW YORK et al., Appellants.

Submitted August 10, 2015; decided August 27, 2015

Motion by National Center for Law and Economic Justice et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION.

JOANN H. SUTTNER, as Executrix of GERALD W. SUTTNER, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE CO., Appellant.

Submitted June 29, 2015; decided August 27, 2015

Motion by Business Council of New York State et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. ·

HUGH KNIGHT, Appellant, v STATE OF NEW YORK, Respondent.

Submitted June 29, 2015; decided August 27, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (*see* CPLR 5601). Motion for poor person relief dismissed as academic.